UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REAL ESTATE eLEARNING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV221 SNLJ |
| ) | |
| 1st CHOICE REAL ESTATE ) | |
| SCHOOL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants 1st Choice Real Estate School, LLC and Michele Sloan's motion to dismiss for lack of standing (#13), filed April 24, 2009. Plaintiff filed a response (#17) on May 1, 2009. Defendants have not filed a reply.

The Court is concerned by the form of this motion. Local Rule 7 - 4.01(A) states in part:

> "Unless otherwise directed by the Court, the moving party shall file with each motion a memorandum in support of the motion, including any relevant argument and citations to any authorities on which the party relies."

The Court cannot find any memorandum submitted with this motion, nor a single citation to authority to give reason to dismiss this case.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss is **DENIED**.

Dated this   29th   day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE